In the Matter of the Accounting of LEONA SCHAEFER et al., as Administratrices of the Estate of GEORGE SCHAEFER, Deceased.

GEORGE SCHAEFER, JR., Claimant-Appellant; LEONA SCHAEFER, as Coadministratrix, Appellant and Respondent; KATIE S. HALL, as Coadministratrix, et al., Respondents.

Submitted February 21, 1944; decided March 2, 1944.

*Vahan H. Kalenderian* for motion.

*David S. Konheim, Samuel Halpern, Anthony J. Wolf* and *Joseph S. Moore*, special guardian, opposed.

Motion denied, with ten dollars costs and necessary printing disbursements on the ground that the appeal lies as of right.